## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02957-BNB
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)

GARY WAYNE TURNER,

      Plaintiff,

v.

FRANCES FALK, Warden,
ROBERT BUTCHER, Major,
MS. SHARP, Teacher,
MS. DUMMIT, Teacher I,
JACKSON, Lieutenant, and
STEVEN GOSSETT, CM,

      Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

      Plaintiff, Gary Wayne Turner, initiated this action on October 28, 2013, by

submitting a Prisoner Complaint asserting deprivations of his constitutional rights

pursuant to 28 U.S.C. § 1343 and 42 U.S.C. § 1983, along with a Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  As part of the Court's

review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the documents

are deficient as described in this Order.  Plaintiff will be directed to cure the following if

he wishes to pursue any claims in this Court in this action.  Any papers that Plaintiff files

in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   ___     is not submitted
(2)   ___     is missing affidavit
(3)   _X_     is missing **certified** copy of prisoner's trust fund statement for the
             **6-month period immediately preceding** this filing

(4) ___ is missing certificate showing current balance in prison account
(5) ___ is missing required financial information
(6) ___ is missing authorization to calculate and disburse filing fee payments
(7) ___ is missing an original signature by the prisoner
(8) ___ is not on proper form
(9) ___ names in caption do not match names in caption of complaint, petition or habeas application
(10) ___ other: Plaintiff may elect to pay the $400 filing fee in full rather than submit the § 1915 motion.

**Complaint, Petition or Application**:
(11) ___ is not submitted
(12) ___ is not on proper form
(13) ___ is missing an original signature by the prisoner
(14) ___ is missing page nos. ___
(15) ___ uses et al. instead of listing all parties in caption
(16) ___ names in caption do not match names in text
(17) ___ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) ___ other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiency designated above **within thirty**

**days from the date of this Order**.  Any papers that Plaintiff files in response to this

Order must include the civil action number on this Order.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiency

**within thirty days from the date of this Order**, the action will be dismissed without

further notice.

DATED October 30, 2013, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland_____
United States Magistrate Judge