# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02957-PAB-MJW

GARY WAYNE TURNER,

    Plaintiff,

v.

FRANCES FALK, Warden,
ROBERT BUTCHER, Major,
JACKSON, Lieutenant, and
INFANTE, Lieutenant,

    Defendants.

## FINAL JUDGMENT

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order [Docket No. 53] of United States District Judge Philip A. Brimmer entered on December 31, 2014, it is

    **ORDERED** that the Recommendation of Magistrate Judge [Docket No. 51] is **ACCEPTED**. It is further

    **ORDERED** that defendants' Motion to Dismiss Amended Complaint [Docket No. 34] is **GRANTED**. It is further

    **ORDERED** that judgment is hereby entered in favor of defendants and against plaintiff. It is further

    **ORDERED** that, within 14 days of the entry of judgment, defendants may have their costs by filing a bill of costs with the Clerk of the Court. It is further

**ORDERED** that this case is dismissed in its entirety.

Dated at Denver, Colorado this 31th day of December, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/Jennifer Hawkins

Jennifer Hawkins
Deputy Clerk